Watertown, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to plead over within twenty days, upon payment of the costs of the demurrer and of this appeal. All concurred.

Lodowick Holmes Jones, Appellant, v. Harry T. Ramsdell and Others, Respondents. (Appeal No. 1.)— Order affirmed, with ten dollars costs and disbursements. All concurred; Lambert, J., not sitting.

Lodowick Holmes Jones, Appellant, v. Harry T. Ramsdell and Others, Respondents. (Appeal No. 2.)— The motion to strike from the files of this court respondents' brief is denied. Appellant's criticism is limited to the improper incorporation in such brief of certain matter not used upon the motion at Special Term. As to such part thereof the brief will be disregarded. No costs are allowed on this motion. All concurred; Lambert, J., not sitting.

Elizabeth L. Greene, as Administratrix, etc., Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred; Merrell, J., not sitting.

William C. Keeley, Respondent, v. R. H. Howes Construction Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that upon the question of defendant's negligence the verdict of the jury is against the weight of the evidence. All concurred, except Foote and Lambert, JJ., who voted for reversal and dismissal of the complaint upon the ground that no actionable negligence was shown.

Angelo Fornieri, Appellant, v. The R. T. Ford Company, Respondent.— Order affirmed, with costs. All concurred.

William Hund, Jr., and Another, Respondents, v. Louisa Behringer, Appellant.— Judgment of Supreme Court and judgment of City Court reversed, with costs to appellant to abide event, and a new trial granted, to be had in the City Court on the 1st day of June, 1916, at 10 A. M. Held, that the weight of the evidence shows that the plaintiffs waived or estopped themselves from any claim of commissions. All concurred, except Kruse, P. J., and De Angelis, J., who dissented and voted for affirmance. (See *Winans* v. *Jaques*, 10 Daly, 487; *Travis* v. *Bowron*, 138 App. Div. 554.)

Henry Prahler, Appellant, v. Worth T. Gatchel, Respondent.— Order reversed, with costs, and verdict reinstated, and complaint amended to conform to proof. Held, that inasmuch as evidence of refusal by defendant to perform his contract, thereby waiving tender for inspection and approval, was received without objection by defendant on the ground that such evidence was inadmissible under the complaint, because not pleaded, the trial court should have ordered the complaint to be amended to conform to the proof. All concurred.

Joseph Hensler, Respondent, v. The R. T. Ford Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

James J. Lawler, Respondent, v. The City of Buffalo, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the objection to the hypothetical question put